# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| RODNEY MASON, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>YELLOWSTONE LANDSCAPE, INC.,<br><br>Defendant | Case No. 3:23-cv-00867-WWB-JBT |

## JOINT NOTICE OF SETTLEMENT

**NOW COMES** Plaintiff Rodney Mason and Defendant Yellowstone Landscape, Inc., by and through their counsel of record, hereby notify the Court that they have reached an agreement in principle to resolve the claims asserted in this action. The Parties anticipate being able to finalize all necessary terms and seek dismissal of this action with prejudice within sixty (60) days.

Accordingly, the Parties respectfully request all pending deadlines in this case be stayed by the Court for that period. Such a stay will not prejudice any party.

Respectfully submitted this 29th Day of April, 2024.

/s/ Michael A. Josephson
Michael A. Josephson, Esq.
mjosephson@mybackwages.com
Andrew W. Dunlap, Esq.*
adunlap@mybackwages.com
Alyssa White, Esq.*
awhite@mybackwages.com
JOSEPHSON DUNLAP LLP
11 Greenway Plaza, Suite 3050
Houston, TX 77046
T: 713 352 1100
F: 713 352 3300

Richard J. (Rec) Burch, Esq.*
rburch@brucknerburch.com
Bruckner Burch PLLC
11 Greenway Plaza, Suite 3025
Houston, TX 77046
T: 713 877 8788
F: 713 877 8065

C. Ryan Morgan, Esq.
Florida Bar No. 0015527
rmorgan@forthepeople.com
MORGAN & MORGAN, PA
20 N. Orange Ave, 16th Floor
Orlando, FL 32802-4979
T: 407 420 1414
F: 407 245 3401
*Local Counsel for Plaintiff*

*pro hac vice applications forthcoming*

*Counsel for Plaintiffs*

2

<u>*/s/ Jennifer Monrose Moore*</u>
Jennifer Monrose Moore
Florida Bar No. 035602
OGLETREE, DEINS, NASH,
SMOAK, & STEWART PC
100 North Tampa Street, Ste 3600
Tampa, Florida 33602
T: 813 289 1247
F: 813 289 6530
jennifer.moore@ogletree.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was served by ECF electronic filing on all known parties on this 29th day of April, 2024.

*/s/ Michael A. Josephson*
Michael A. Josephson